No. 8,358. IN RE ESTATE OF JOHN R. JOHNSON, DECEASED. FRANK E. VANDEMARK AND BERTHA JOHNSTON, APPELLANTS, *v.* JAMES T. JOHNSON, RESPONDENT.

Decided September 15, 1942.

PER CURIAM.—Respondent James T. Johnson having, on August 21, 1942, filed a motion to dismiss the appeal herein on various grounds and it appearing that he and appellants Frank E. VandeMark and Bertha Johnston have this day filed their stipulation to the effect that the controversies between the parties have been or are about to be, settled, and that this court may dismiss said appeal without cost to either party, it is so ordered and the appeal is accordingly dismissed.

*Mr. John J. Greene,* for Appellants.

*Messrs. Hall & Alexander* and *Messrs. Church & Jardine,* for Respondent.